﻿Citation Nr: AXXXXXXXX
Decision Date: 10/31/19 Archive Date: 10/31/19

DOCKET NO. 190318-4830
DATE: October 31, 2019

ORDER

The claim of entitlement to service connection for a mental disability, to include post-traumatic stress disorder (PTSD), depression, or other mental disability, is dismissed.

FINDINGS OF FACT

1. On March 21, 2018, a Department of Veterans Affairs (VA) Regional Office (RO) issued a rating decision based on a legacy claim; the Veteran was notified of this decision in a notification letter dated March 23, 2018.

2. The Veteran did not elect to participate in the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (codified as amended in various sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). 

3. The Veteran did not file a Notice of Disagreement (NOD).

4. In March 2019, the Veteran submitted a VA Form 10182. 

CONCLUSION OF LAW

Because the Veteran did not file a NOD to appeal the March 2018 rating decision, the Board does not have jurisdiction over this case. 38 U.S.C. § 7104, 7105 (2012); 38 C.F.R. §§ 3.2400, 3.2500, 19.2 (2019). 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served in the U.S. Army from October 1984 to October 1988. This matter came before the Board of Veterans’ Appeals (Board) after a March 2018 rating decision issued by a Department of Veterans Affairs (VA) Regional Office (RO).

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in various sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The AMA became effective on February 19, 2019. 

The AMA modernized review system applies to all claims for which VA issues a notice of an initial decision on or after the February 19, 2019 effective date of the modernized review system. The AMA may also apply to claims where the claimant has elected review of a legacy claim under the modernized review system. 38 C.F.R. §§ 3.2400, 19.2. 

A legacy claim is a claim for which VA provided notice of an initial decision prior to the February 19, 2019 effective date of the AMA modernized review system. 38 C.F.R. §§ 3.2400, 19.2. 

A claimant with a legacy claim may elect to participate in the AMA modernized review system in one of two ways: First, a claimant with a legacy claim could elect to opt-in to the modernized review system on or after November 1, 2017 as part of the rapid appeals modernization program (RAMP) pursuant to section 4 of Public Law 115-55. 38 C.F.R. §§ 3.2400; 19.2. Second, a claimant with a legacy claim may elect to opt-in to the AMA modernized review system following issuance, on or after the effective date of the AMA, of a VA Statement of the Case (SOC) or Supplemental Statement of the Case (SSOC). 38 C.F.R. §§ 3.2400, 3.2500, 19.2. 

If a claimant with a legacy claim does not elect to participate in the AMA modernized review system by one of the methods described above, his or her claim remains in the legacy system. If the claimant wishes to appeal an initial decision that was issued by the RO under the legacy system, the Veteran must initiate the appeal by filing a Notice of Disagreement (NOD). The appeal must also be perfected to the Board with the filing of a Substantive Appeal. Only then does the Board have jurisdiction over a legacy appeal. 38 C.F.R. §§ 3.2400, 19.2. 

In this case, the rating decision was issued on March 21, 2018; and the Veteran was notified of this decision in a notification letter dated March 23, 2018, before the AMA effective date of February 19, 2019. Thus, the March 2018 rating decision was based on a legacy claim.

The Veteran did not elect to participate in the modernized review system pursuant to 38 C.F.R. §§ 3.2400 and 19.2.

The record indicates that the Veteran wished to appeal the March 2018 rating decision to the Board. However, the Veteran did not submit an appropriate NOD for a legacy appeal. 

Instead, the Veteran submitted a VA Form 10182, which is used for appeals under the AMA modernized review system. A VA Form 10182 cannot be used to appeal an initial decision that was issued by the RO under the legacy system.

(Continued on the next page)

 

Because the Veteran did not submit an appropriate NOD to appeal the March 2018 rating decision under the legacy system, the Board does not have jurisdiction over this case. 38 C.F.R. §§ 3.2400 and 19.2. Therefore, the case must be dismissed for lack of jurisdiction. 38 U.S.C. § 7104(a) 7105.

 

 

JAMES G. REINHART

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Department of Veterans Affairs

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.